IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 3 2008

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                              No. 4:04CR00041 SWW
                                 No. 4:04CR00016 SWW

BOBBY KEITH MOSER                                                    DEFENDANT
BARRY JEWELL, et al.                                                 PETITIONER

## AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on February 22, 2006, this Court entered a Final Order of Forfeiture, ordering defendant to forfeit as partial satisfaction of a personal money judgment in the amount of $ 1,888,652.30:

(a) All funds seized from him to date, including $252,648.51 (plus interest) that is proceeds from the sale of his home currently on deposit with the Clerk of the Court;

(b) $518,437.18 seized on March 2, 2004 from account #8609182 at National Bank of Commerce, Memphis, TN;

(c) $223,950.21 seized on March 22, 2004 from bank account #4037863 at Twin City Bank, North Little Rock, AR;

(d) $34,500.00 seized on April 1, 2004 from the defendant in the Republic of Madagascar;

(e) $41,233.00 seized on May 20, 2004 from the defendant (found in luggage) in the Republic of Madagascar.

(f) One 2000 Harley Davidson Motorcycle, VIN 1HD1BJY17YY066624;

(g) Property in Sarasota County, Florida, Parcel 0983-04-6516, Lots 16 and 17 Block 465 8th Add to Port Charlotte

WHEREAS, the Final Order was amended on March 30, 2006, to include the $32,277.94 in U. S. Currency;

WHEREAS, the Final Order was amended on June 19, 2006 to include:

$38,815.71 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm P.A. Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

WHEREAS, the United States of America seeks to amend the Order of Forfeiture to release:

$38,815.71 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR;

$74,793.29 from the Jewell Law Firm P.A. Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR.

WHEREAS, an amended order of forfeiture was entered May 15, 2008 returning these funds to an attorney trust account, but such amended order of forfeiture should be amended to return the funds directly to the accounts from which they were seized.

Accordingly, it is hereby

1.      ORDERED that

$38,815.71 in U. S. Currency from the Jewell Law Firm Pension Trust, Account Number 252662, Metropolitan National Bank, Little Rock, AR is released to Jewell Law Firm Pension Trust;

$44,819.46 in U. S. Currency from the Legal Advantage Retirement Trust, Account Number 252530, Metropolitan National Bank, Little Rock, AR is released to Legal Advantage Retirement Trust;

$74,793.29 from the Jewell Law Firm P.A. Retirement Trust, Account Number 252603, Metropolitan National Bank, Little Rock, AR is released to Jewell Law Firm P.A. Retirement Trust.

2. IT IS FURTHER ORDERED that these funds be transferred to the three described trusts at the accounts identified above by use of the routing transit number set forth in the automated clearinghouse enrollment forms which are attached to this order as Exhibits A, B, and C.

SO ORDERED this 23rd of May 2008.

*Susan Webber Wright*

UNITED STATES DISTRICT JUDGE

ACH VENDOR/MISCELLANEOUS PAYMENT
ENROLLMENT FORM

OMB No. 1510-0056

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion.

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

### AGENCY INFORMATION

FEDERAL PROGRAM AGENCY: U.S. CUSTOMS AND BORDER PROTECTION
AGENCY IDENTIFIER: 7005
AGENCY LOCATION CODE (ALC): 70-05-0800
ACH FORMAT: ☑ CCD+  ☐ CTX  ☐ CTP
ADDRESS: NATIONAL FINANCE CENTER/Forfeiture Fund Team, 6650 Telecom Drive, Suite 100
INDIANAPOLIS, IN 46278
CONTACT PERSON NAME: FORFEITURE FUND TEAM/Attn: Eliot VanVelzen
TELEPHONE NUMBER: (317) 614-4613
ADDITIONAL INFORMATION: FAX NUMBER (317) 298-1569

### PAYEE/COMPANY INFORMATION

NAME: Jewell Law Firm Pension Trust
SSN NO. OR TAXPAYER ID NO.: 45-0494541
ADDRESS: 57 Laval Circle, Little Rock, AR 72223
CONTACT PERSON NAME: Barry J. Jewell
TELEPHONE NUMBER: (501) 868-4144

### FINANCIAL INSTITUTION INFORMATION

NAME: Metropolitan National Bank
ADDRESS: 425 W. Capitol Ave.
Little Rock, AR 72201
ACH COORDINATOR NAME: Alicia Booles
TELEPHONE NUMBER: (501) 312-5550
NINE-DIGIT ROUTING TRANSIT NUMBER: 0 8 2 0 0 1 2 4 7
DEPOSITOR ACCOUNT TITLE: Jewell Law Firm Pension Trust
DEPOSITOR ACCOUNT NUMBER: 252662
LOCKBOX NUMBER: N/A
TYPE OF ACCOUNT: ☑ CHECKING  ☐ SAVINGS  ☐ LOCKBOX
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL: (Could be the same as ACH Coordinator) [signature] V.P. Regional Manager
TELEPHONE NUMBER: (501) 377-7622

NSN 7540-01-274-9925

SF 3881 (Rev 12/90)
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

**EXHIBIT A**

ACH VENDOR/MISCELLANEOUS PAYMENT
ENROLLMENT FORM

OMB No. 1510-0056

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion.

### PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

### AGENCY INFORMATION

**FEDERAL PROGRAM AGENCY:** U.S. CUSTOMS AND BORDER PROTECTION
**AGENCY IDENTIFIER:** 7005
**AGENCY LOCATION CODE (ALC):** 70-05-0800
**ACH FORMAT:** ☑ CCD+  ☐ CTX  ☐ CTP
**ADDRESS:** NATIONAL FINANCE CENTER/Forfeiture Fund Team, 6650 Telecom Drive, Suite 100
INDIANAPOLIS, IN 46278
**CONTACT PERSON NAME:** FORFEITURE FUND TEAM/Attn: Eliot VanVelzen
**TELEPHONE NUMBER:** (317) 614-4613
**ADDITIONAL INFORMATION:** FAX NUMBER (317) 298-1569

### PAYEE/COMPANY INFORMATION

**NAME:** Legal Advantage Retirement Trust
**SSN NO. OR TAXPAYER ID NO.:** 71-0840973
**ADDRESS:** 57 Laval Circle, Little Rock, AR 72223
**CONTACT PERSON NAME:** Barry J. Jewell
**TELEPHONE NUMBER:** (501) 868-4144

### FINANCIAL INSTITUTION INFORMATION

**NAME:** Metropolitan National Bank
**ADDRESS:** 425 W. Capitol Ave.
Little Rock, AR 72201
**ACH COORDINATOR NAME:** Alicia Booles
**TELEPHONE NUMBER:** (501) 312-5550
**NINE-DIGIT ROUTING TRANSIT NUMBER:** 0 8 2 0 0 1 2 4 7
**DEPOSITOR ACCOUNT TITLE:** Legal Advantage Retirement Trust
**DEPOSITOR ACCOUNT NUMBER:** 252530
**LOCKBOX NUMBER:** N/A
**TYPE OF ACCOUNT:** ☑ CHECKING  ☐ SAVINGS  ☐ LOCKBOX
**SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL:** (Could be the same as ACH Coordinator)
_[signed]_ Mascaro, VP Regional Manager
**TELEPHONE NUMBER:** (501) 377-7622

NSN 7540-01-274-9925

SF 3881 (Rev 12/90)
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

**EXHIBIT B**

# ACH VENDOR/MISCELLANEOUS PAYMENT ENROLLMENT FORM

OMB No. 1510-0056

This form is used for Automated Clearing House (ACH) payments with an addendum record that contains payment-related information processed through the Vendor Express Program. Recipients of these payments should bring this information to the attention of their financial institution when presenting this form for completion.

## PRIVACY ACT STATEMENT

The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

## AGENCY INFORMATION

**FEDERAL PROGRAM AGENCY:** U.S. CUSTOMS AND BORDER PROTECTION
**AGENCY IDENTIFIER:** 7005
**AGENCY LOCATION CODE (ALC):** 70-05-0800
**ACH FORMAT:** ☑ CCD+   ☐ CTX   ☐ CTP
**ADDRESS:** NATIONAL FINANCE CENTER/Forfeiture Fund Team, 6650 Telecom Drive, Suite 100
INDIANAPOLIS, IN 46278
**CONTACT PERSON NAME:** FORFEITURE FUND TEAM/Attn: Eliot VanVelzen
**TELEPHONE NUMBER:** (317) 614-4613
**ADDITIONAL INFORMATION:** FAX NUMBER (317) 298-1569

## PAYEE/COMPANY INFORMATION

**NAME:** Jewell Law Firm P.A. Retirement Trust
**SSN NO. OR TAXPAYER ID NO.:** 11-3657746
**ADDRESS:** 57 Laval Circle, Little Rock, AR 72223
**CONTACT PERSON NAME:** Barry J. Jewell
**TELEPHONE NUMBER:** (501) 868-4144

## FINANCIAL INSTITUTION INFORMATION

**NAME:** Metropolitan National Bank
**ADDRESS:** 425 W. Capitol Ave.
Little Rock, AR 72201
**ACH COORDINATOR NAME:** Alicia Booles
**TELEPHONE NUMBER:** (501) 312-5550
**NINE-DIGIT ROUTING TRANSIT NUMBER:** 0 8 2 0 0 1 2 4 7
**DEPOSITOR ACCOUNT TITLE:** Jewell Law Firm P.A. Retirement Trust
**DEPOSITOR ACCOUNT NUMBER:** 252603
**LOCKBOX NUMBER:** N/A
**TYPE OF ACCOUNT:** ☑ CHECKING   ☐ SAVINGS   ☐ LOCKBOX
**SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL:** (Could be the same as ACH Coordinator) [signature] Mascaro, V.P. Regional Manager
**TELEPHONE NUMBER:** (501) 377-7622

NSN 7540-01-274-9925
SF 3881 (Rev 12/90)
Prescribed by Department of Treasury
31 U S C 3322; 31 CFR 210

**EXHIBIT C**