## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | ** NO: 4:04CR00041  SWW |
| | * | |
| VS. | * | |
| | * | NO: 4:04CR00016  SWW |
| | * | |
| BOBBY KEITH MOSER | * | |

## **ORDER**

Before the Court is a motion (docket entry #184, case no. 4:04CR00041 SWW) by Barry J. Jewell, requesting that the Court unseal a transcript of an in-chambers conference held on May 5, 2005, prior to a sentencing hearing in this case.  *See* docket entry #86, case no. 4:04CR00041 SWW.   The Government has informed the Court that it has no objection to the requested relief. Accordingly, the motion to unseal is GRANTED.

IT IS SO ORDERED THIS 18TH DAY OF AUGUST, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE